977 F.2d 569
 Sellinger (William), Diamond (George), Herpich (William),
Curran (Robert), Haggerty (James), Floriani (Lawrence),
Lucianin (Kenneth), Elbert (Charles), Johnson (Edward),
Allweiss (Gerald), Rhodes (Clifford), Dubin (Eric), Baker
(George), George Howard III Partnership, Selnick (Alfred),
Schulman (Donald), Buccieri (Silvio), MacLeod (George),
Lekashman (Raymond), Spiegel (Sigmund, Irnest), Olesnycky
(Nestor), Updike (Dennis), Hessler (Kenneth), Bartram
 NO. 91-5808
 United States Court of Appeals,
Third Circuit.
 Sept 24, 1992
 
 Appeal From: D.N.J.,
 Debevoise, J.
 
 
 1
 AFFIRMED.